# **EXHIBIT A**



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

BA20230067042

**For Office Use Only**

**-FILED-**

File No.: BA20230067042
Date Filed: 1/12/2023

| Entity Details | |
|---|---|
| Corporation Name | COA, INC. |
| Entity No. | 1018736 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 12928 SANDOVAL ST.<br>SANTA FE SPRINGS, CA 90670 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 12928 SANDOVAL ST.<br>SANTA FE SPRINGS, CA 90670 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 12928 SANDOVAL ST.<br>SANTA FE SPRINGS, CA 90670 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| MICHAEL YEH | 12928 SANDOVAL ST.<br>SANTA FE SPRINGS, CA 90670 | Chief Executive Officer |
| LISA KAO | 12928 SANDOVAL ST.<br>SANTA FE SPRINGS, CA 90670 | Secretary |
| ALEXANDER PAN | 12928 SANDOVAL ST.<br>SANTA FE SPRINGS, CA 90670 | Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| LISA KAO | 12928 SANDOVAL ST.<br>SANTA FE SPRINGS, CA 90670 |
| ALEXANDER PAN | 12928 SANDOVAL ST.<br>SANTA FE SPRINGS, CA 90670 |
| MICHAEL YEH | 12928 SANDOVAL ST.<br>SANTA FE SPRINGS, CA 90670 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | INCORPORATING SERVICES, LTD.<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | FURNITURE WHOLESALE |

| | |
|---|---|
| **Email Notifications** | |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |
| **Labor Judgment** | |
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. | |
| **Electronic Signature** | |
| ☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign. | |
| *Emily Chen* | *01/12/2023* |
| Signature | Date |

B1399-7968 01/12/2023 1:59 PM Received by California Secretary of State