## **EXHIBIT B**

# NAUTILUS INSURANCE COMPANY
### Scottsdale, Arizona

## COMMERCIAL GENERAL LIABILITY DECLARATIONS

| POLICY NUMBER: BK200455500 | NEW |
|---|---|
| **INSURED'S NAME AND ADDRESS:** | **PRODUCER'S NAME AND ADDRESS:** |
| Coaster Company of America : Yeh Family Limited Partnership LP<br>12928 Sandoval Street<br>Sante Fe Springs, CA 90670 | Brown & Riding<br>777 South Figueroa Street<br>Suite 2550<br>Los Angeles, CA 90017 |

**POLICY PERIOD:** February 1, 2012 to February 1, 2013 at 12:01 a.m. Standard Time at your mailing address shown above.

**IN RETURN FOR THE PAYMENT OF PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

| LIMITS OF INSURANCE: | |
|---|---:|
| General Aggregate Limit (Other than Products/Completed Operations) | $2,000,000 |
| Products/Completed Operations Aggregate Limit | $2,000,000 |
| Each Occurrence Limit | $1,000,000 |
| Personal & Advertising Injury Limit | $1,000,000 |
| Damage to Premises Rented to You Limit | $100,000 |
| Medical Expense Limit | $10,000 |
| Employee Benefits Liability - Each Employee | $1,000,000 |
| Employee Benefits Liability - Aggregate | $1,000,000 |

PREMIUM $296,625.00
POLICY FEE $0
INSPECTION FEE $0
STATE TAX $8,898.75
STAMPING FEE $741.56
TOTAL $306,265.31
CALIFORNIA SURPLUS LINES
LICENSE #SL0592033

**NOTICE TO THE INSURED:**
**SEE D-2 FORM (01-09) - California Surplus Lines Notice**

© 2006 by Berkley Specialty Underwriting Managers LLC, an affiliate of Nautilus Insurance Company and Great Divide Insurance Company. All rights reserved.
© 1985-2006 by Insurance Services Office, Inc., material used by permission.

SC-CGL (05-07)            Page 1 of 3

CONFIDENTIAL      COA 000065

| RETROACTIVE DATE (APPLICABLE TO CLAIMS MADE COVERAGES): | |
|---|---|
| Employee Benefits Liability | February 1, 2009 |

**DESCRIPTION OF BUSINESS:**

**FORM OF BUSINESS:**

☒ Corporation  ☐ Individual  ☐ Joint Venture  ☐ Partnership
☐ Limited Liability Company  ☐ Other (describe):

**BUSINESS DESCRIPTION:** importer and wholesaler of furniture
**LOCATION DESCRIPTION:** As on file with the Company

**RETENTIONS:**

Commercial General Liability Occurrence
 Self Insured Retention:  $75,000  Per Occurrence "Wheeled Chairs" Includes ALAE & defense costs
   $10,000  Per Occurrence "All Other" Includes ALAE & defense costs
Employee Benefits Liability
 Deductible:  $5,000  Each Employee Per Claim Includes ALAE & defense costs

**PREMIUM:**

| PREMIUM BASIS | RATE | PER | PREMIUM |
|---|---|---|---|
| $ 320,000,000 | $0.883 | Per $1,000 Receipts | 282,500 |

|  |  |
|---|---|
| TOTAL PREMIUM | $ 282,500 |
| TERRORISM ADDITIONAL PREMIUM | $ 14,125 |
| ADVANCE PREMIUM | $ 296,625 |
| MINIMUM EARNED PREMIUM | $ 70,625 |

**FORMS AND ENDORSEMENTS (Other than applicable Forms and Endorsements shown elsewhere in the policy):**
Forms and Endorsements applying to this Coverage Part and made a part of the policy at time of issue:
SEE SC-FORMS (09-04) – SCHEDULE OF FORMS AND ENDORSEMENTS

**NAME AND ADDRESS OF ADMINISTRATIVE OFFICE:**
Berkley Specialty Underwriting Managers LLC
Three Ravinia Drive, Suite 500
Atlantic, GA 30346
Phone.: (404) 443-2040. See Claims Notice for Claims contact information.

THESE DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S), AND ANY ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

© 2006 by Berkley Specialty Underwriting Managers LLC, an affiliate of Nautilus Insurance Company and Great Divide Insurance Company. All rights reserved.
© 1985-2006 by Insurance Services Office, Inc., material used by permission.

SC-CGL (05-07)                                                                                                                    Page 2 of 3

CONFIDENTIAL                                                                                                                          COA 000066

Countersigned: _____ By: _~Dee Bestman~_ _____
    Issue Date:  2/7/2012                                                                      (Authorized Representative)

© 2006 by Berkley Specialty Underwriting Managers LLC, an affiliate of Nautilus Insurance Company and Great Divide Insurance Company. All rights reserved.
© 1985-2006 by Insurance Services Office, Inc., material used by permission.

SC-CGL (05-07)                                                                                                                                                Page 3 of 3

CONFIDENTIAL                                                                                  COA 000067