**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NAUTILUS INSURANCE CORPORATION,

Plaintiff,

v.

COA, INC. dba COASTER COMPANY OF
AMERICA, et al.,

Defendants.

Case No. 22-cv-5997

Judge Thomas M. Durkin
Magistrate Judge Beth W. Jantz

**DECLARATION OF ERIC R. LITTLE IN SUPPORT OF DEFENDANT COA, INC. dba
COASTER COMPANY OF AMERICA'S MOTION TO DISMISS, OR IN THE
ALTERNATIVE, MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF
CALIFORNIA**

I,      ERIC R. LITTLE, declare:

1.      I, Eric R. Little, am an attorney at law, duly admitted to the Bar of the State of

California and am admitted to the General Bar of the United States District Court for the Northern

District of Illinois.

2.      I am the managing partner at the law firm of Little & Tarzi, LLP, and counsel for

Defendant COA, Inc., dba Coaster Company of America ("Coaster").

3.      I have personal knowledge of the following facts stated in this declaration, and if

called as a witness I could, and would, competently testify thereto if called upon to do so.

4.      I submit this declaration in support of Coaster's Motion to Dismiss, or in the

Alternative, Motion to Transfer this Action to the Central District of California.

5.      On November 23, 2020, Starr Indemnity & Liability Company ("Starr"), one of

Coaster's other insurers defending Coaster in the underlying action, filed a Declaratory Relief

Action in the Central District of California styled as:  *Starr Indemnity & Liability Company v. COA,*

*Inc. dba Coaster Company of America,* U.S.D.C., C.D. Cal., No. 2:20-cv-10689-MCS (MAAx).

6.      On March 1, 2021, the Court granted the parties stipulation to stay the *Starr* Action

until final resolution of the *FDN* Action.  Attached as **Exhibit "C"** is a true and correct copy of the Order Granting the parties stipulation to stay the *Starr* Action.

7.    The United States Courts website at www.uscourts.gov/statistics-reports/caseload-statistics-data-tables, provides statistical data on the business of the federal judiciary.

8.    At https://www.uscourts.gov/sites/default/files/fcms_na_distprofile0630.2022_0.pdf, the U.S. District Courts – Federal Court Management Statistics for each state federal court can be found.

9.    The Judicial Caseload Profile for the Central District of California indicates a "filing-to-trial" period of 23.5 months for the 12-month period ending June 30,  2022, for civil cases.  Attached as **Exhibit "D"** is a true and correct copy of the Judicial Caseload Profile for the Central District of California.

10.    The Judicial Caseload Profile for the Northern District of Illinois reflects a "filing-to-trial" period of 48.9 months for the 12-month period ending June 30,  2022, for civil cases. Attached as **Exhibit "E"** is a true and correct copy of the Judicial Caseload Profile for the Central District of California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26 day of January, 2023.

By: _____
        Eric R. Little

2