## **EXHIBIT C**

JS-6

NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>COA, INC. DBA COASTER COMPANY OF AMERICA and DOES 1 through 10,<br><br>        Defendants. | Case No. 2:20-cv-10689-MCS (MAAx)<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO STAY ACTION AND DENYING AS MOOT MOTION TO STAY |

Pursuant to the Stipulation to Stay Action submitted by and between Plaintiff STARR INDEMNITY & LIABILITY COMPANY ("Starr") and Defendant COA, INC. DBA COASTER COMPANY OF AMERICA ("Coaster") (collectively the "Parties" and individually, "Party"), the Court hereby finds as follows:

1. The instant litigation involves an insurance coverage dispute brought by Starr against Coaster. Starr seeks declaratory judgment that that it has no duty to defend or indemnify Coaster in the underlying action against Coaster in Federal Court in Minnesota, styled *FurnitureDealer.net, Inc. v. Amazon.com, Inc., et al.*, United States District Court of Minnesota, Case No. 0:18-cv-00232 (JRT/FLN) (the "FurnitureDealer.net Action") and seeks reimbursement of attorney's fees and costs paid in connection with that defense.

2. The trial ready date in the FurnitureDealer.net Action is June 7, 2021.

3. District Courts have inherent powers to stay proceedings as set forth in *Landis v. North American Co.,* 299 U.S. 248, 254 (1936).

4. Coaster alleges that the instant coverage litigation will turn, in part, upon facts to be litigated in the FurnitureDealer.net Action and has filed a Motion to Stay this Action (ECF No. 11). Notwithstanding that Starr contends that there are claims that can be litigated, Starr recognizes that this Court would likely stay some or all of the claims.

5. In order to avoid piecemeal litigation and potentially conflicting results, the Court finds good cause exists to stay the instant coverage litigation pending resolution of the FurnitureDealer.net Action. ~~and hereby vacates the hearing on Coaster's Motion to Stay (Dkt. 11) before this court on April 26, 2021 at 9:00 a.m.~~ **The Stipulation is granted. The Court takes off calendar the hearing on Coaster's Motion to Stay (ECF No. 11) set for April 26, 2021, at 9:00 a.m., and denies the Motion to Stay as moot. The Court directs the Clerk to remove this case from the Court's active caseload until further application by the parties or order of this Court.**

6. The stay shall remain in effect until ~~thirty (30)~~ **seven (7)** days after entry of judgment or an order of dismissal in the FurnitureDealer.net Action; provided, however, that either Party may seek to terminate the stay upon thirty (30) days written notice delivered to the other Party's Attorney of Record in this action and seek an order lifting the stay upon a showing of good cause. In addition, at any time, the Parties may jointly approach this Court for an Order lifting the stay or for an order continuing the stay, as the facts warrant.  **The parties shall notify the Court within seven (7) days of the conclusion of the FurnitureDealer.net Action.**

~~7. Coaster shall have thirty (30) days from the date of an Order lifting the stay to respond to the Complaint.~~

IT IS SO ORDERED.

DATED: March 1, 2021

By: *Mark C. Scarsi*
Mark C. Scarsi
United States District Judge