# **EXHIBIT D**

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA CENTRAL**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 16,551 | 17,347 | 18,056 | 17,659 | 17,597 | 15,114 | | |
| | Terminations | | 16,583 | 16,253 | 16,960 | 16,988 | 18,070 | 16,545 | | |
| | Pending | | 12,488 | 13,597 | 14,682 | 15,164 | 14,655 | 13,198 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -8.7 | -12.9 | -16.3 | -14.4 | -14.1 | | 71 | 12 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months [2] | | 48.9 | 68.7 | 85.8 | 111.9 | 91.5 | 83.8 | | |
| **Actions per Judgeship** | Filings | Total | 591 | 620 | 645 | 631 | 628 | 540 | 24 | 5 |
| | | Civil | 518 | 536 | 553 | 570 | 565 | 480 | 13 | 3 |
| | | Criminal Felony | 41 | 50 | 60 | 38 | 41 | 35 | 81 | 11 |
| | | Supervised Release Hearings | 33 | 33 | 32 | 22 | 23 | 25 | 60 | 13 |
| | Pending Cases [2] | | 446 | 486 | 524 | 542 | 523 | 471 | 48 | 7 |
| | Weighted Filings [2] | | 567 | 618 | 669 | 681 | 691 | 563 | 17 | 3 |
| | Terminations | | 592 | 580 | 606 | 607 | 645 | 591 | 17 | 5 |
| | Trials Completed | | 13 | 11 | 12 | 7 | 4 | 10 | 71 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.7 | 13.2 | 13.3 | 14.7 | 17.8 | 20.2 | 83 | 13 |
| | | Civil [2] | 4.8 | 5.0 | 5.0 | 4.7 | 4.9 | 4.8 | 2 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 20.0 | 20.0 | 22.0 | 21.2 | 20.8 | 23.5 | 3 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 540 5.5 | 552 5.2 | 612 5.5 | 634 5.4 | 831 7.5 | 911 9.2 | 41 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.6 | 1.6 | 1.5 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 48.1 | 42.6 | 48.5 | 63.2 | 46.4 | 62.9 | | |
| | | Percent Not Selected or Challenged | 44.9 | 43.3 | 47.9 | 60.1 | 47.0 | 57.3 | | |

| 2022 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 13,447 | 665 | 194 | 1,203 | 87 | 298 | 580 | 1,420 | 969 | 1,288 | 3,891 | 10 | 2,842 |
| Criminal [1] | 967 | 2 | 275 | 80 | 191 | 172 | 69 | 45 | - | 38 | 5 | 39 | 51 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."