## **EXHIBIT E**

## U.S. District Court — Judicial Caseload Profile

**ILLINOIS NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 11,238 | 10,491 | 10,068 | 9,556 | 9,198 | 8,122 | | |
| | Terminations | | 11,276 | 11,009 | 10,443 | 10,536 | 12,102 | 8,773 | | |
| | Pending | | 17,480 | 16,981 | 16,611 | 15,671 | 12,768 | 12,044 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -27.7 | -22.6 | -19.3 | -15.0 | -11.7 | | 61 | 3 |
| | Number of Judgeships | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| | Vacant Judgeship Months [2] | | 12.2 | 29.9 | 49.7 | 37.4 | 36.0 | 12.0 | | |
| **Actions per Judgeship** | Filings | Total | 511 | 477 | 458 | 434 | 418 | 369 | 63 | 7 |
| | | Civil | 469 | 436 | 404 | 394 | 363 | 332 | 32 | 5 |
| | | Criminal Felony | 34 | 33 | 45 | 30 | 43 | 25 | 91 | 7 |
| | | Supervised Release Hearings | 7 | 8 | 9 | 11 | 12 | 13 | 79 | 6 |
| | Pending Cases [2] | | 795 | 772 | 755 | 712 | 580 | 547 | 34 | 4 |
| | Weighted Filings [2] | | 461 | 444 | 433 | 415 | 418 | 366 | 53 | 5 |
| | Terminations | | 513 | 500 | 475 | 479 | 550 | 399 | 64 | 7 |
| | Trials Completed | | 10 | 11 | 9 | 6 | 6 | 8 | 87 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 19.3 | 16.9 | 19.8 | 15.1 | 22.0 | 22.9 | 90 | 7 |
| | | Civil [2] | 8.2 | 7.5 | 7.6 | 11.2 | 14.2 | 7.2 | 14 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 40.0 | 36.3 | 36.7 | 41.3 | 48.1 | 48.9 | 55 | 7 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,467 9.4 | 2,957 19.5 | 5,433 37.5 | 4,345 32.2 | 1,726 16.7 | 2,126 21.7 | 77 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.4 | 1.3 | 1.4 | 1.3 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 49.2 | 50.1 | 49.1 | 48.8 | 77.6 | 103.4 | | |
| | | Percent Not Selected or Challenged | 41.6 | 38.4 | 43.4 | 44.3 | 61.1 | 70.8 | | |

### 2022 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 7,299 | 438 | 185 | 862 | 6 | 45 | 699 | 754 | 631 | 1,085 | 998 | 48 | 1,548 |
| Criminal [1] | 546 | 5 | 114 | 30 | 149 | 115 | 41 | 17 | - | 21 | 2 | 3 | 49 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."